# Hartman • Duff
### Attorneys-at-Law

**HARTMAN • DUFF**
A LIMITED LIABILITY COMPANY

**Main Office:**
3500 Quakerbridge Road
Suite 202
Hamilton, NJ 08619
Tel (609) 586-9000
Fax (609) 586-9404

**Ocean County Office:**
29 Hadley Avenue
Toms River, NJ 08753
Tel (732) 475-4740
Fax (609) 586-9404
www.hartmanduff.com

Tim Kalavruzos*
W. Les Hartman§
Michael J. Lento
Brian J. Duff
William Burns*

Of Counsel:
Anthony M. Massi, J.S.C. (Ret.)
Michael D. Mumola*
Curt J. Cox
Joseph W. Eustace
Lawrence E. Popp
Christopher S. Tretola
Kristian Stout
* Admitted in NJ & NY
§ Certified Criminal Attorney

Email: ctretola@hartmanduff.com

January 7, 2025

**VIA ECF ONLY**

Hon. Edward S. Kiel
United States District Judge for the District of New Jersey
4th & Cooper Streets
Camden, New Jersey 08101

**VIA ECF ONLY**

Hon. Elizabeth A. Pascal
United States Magistrate Judge for the District of New Jersey
4th & Cooper Streets
Camden, New Jersey 08101

RE:  Randy C. Thompson v. New Jersey Attorney General, et al.
     Civil Docket Number: 1:23-cv- 20468-ESK-EAP

# ORDER

Dear Judges Kiel and Pascal:

Please be reminded that our office represents the Defendants Edward C. Bertucci and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC in the above referenced matter. Pursuant to the Court's Text Order dated December 17, 2024 (ECF No. 118), the parties have conferred and agreed on the following proposed schedule for the pending motions to dismiss (ECF Nos. 84, 85, 90, 91, 92, and 96):

RETURN DATE: February 18, 2025
PLAINTIFF'S OPPOSITION DUE: February 4, 2025
DEFENDANTS' REPLY BRIEFS DUE: February 11, 2025

Thank you for your consideration of the proposed schedule.

**So Ordered.**
**/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: January 10, 2025**

Respectfully submitted,

By: _____
CHRISTOPHER S. TRETOLA

cc:  Michael B. McNeil, Esq., via ECF
     Jonathan F. Cohen, Esq., via ECF
     David Alan Schwartz, Esq., via ECF
     Joshua P. Cittadino, Esq., via ECF
     Richard Sanvenero, Jr., Esq., via ECF
     Jeanine D. Clark, Esq., via ECF
     Randy Thompson, via ECF and email info@helpnothandcuffs.org