Christopher S. Tretola, Esq., Of Counsel
Bar Id: 033471998
HARTMAN DUFF, LLC
3500 Quakerbridge Road, Suite 202
Hamilton, NJ 08619
P:  609-586-9000 x110
F:  609-586-9404
ctretola@hartmanduff.com
Attorneys for Defendants Edward C. Bertuccio,
and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY C. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY ATTORNEY GENERAL, et. als. | HON. EDWARD S. KIEL, U.S.D.J.<br>HON. ELIZABETH A. PASCAL, U.S.M.J.<br><br>Case No.: 1:23-CV-20468-ESK-EAP<br><br>Civil Action<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(6)** |

**PLEASE TAKE NOTICE** that on **October 20, 2025** at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, on behalf of Defendants Edward C. Bertuccio and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC, will move before the Honorable Edward S. Kiel, U.S.D.J., at the United States District Court for the District of New Jersey, for an Order dismissing Plaintiff's Second Amended Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Plaintiff will rely upon the enclosed Certification of Counsel and supporting legal brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached.

Oral argument is requested should timely opposition be submitted.

Dated: September 19, 2025

HARTMAN DUFF, LLC
Attorneys for Defendants Edward C. Bertuccio, improperly pleaded as Ted Bertuccio and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC, improperly pleaded as KMHL&D Law Firm

BY: /S/ Christopher S. Tretola, Esq.