Christopher S. Tretola, Esq., Of Counsel
Bar Id: 033471998
HARTMAN DUFF, LLC
3500 Quakerbridge Road, Suite 202
Hamilton, NJ 08619
P:  609-586-9000 x110
F:  609-586-9404
ctretola@hartmanduff.com
Attorneys for Defendants Edward C. Bertuccio,
Kalavruzos, Mumola, Hartman, Lento & Duff, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY C. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY ATTORNEY GENERAL, et. als. | HON. EDWARD S. KIEL, U.S.D.J.<br>HON. ELIZABETH A. PASCAL, U.S.M.J.<br><br>Case No.: 1:23-CV-20468-ESK-EAP<br><br>Civil Action<br><br>Motion Return Date: October 20, 2025<br><br>**CERTIFICATION OF SERVICE** |

**CHRISTOPHER S. TRETOLA**, of full age hereby certified as follows:

1. I am an attorney at law duly admitted to practice in the State of New Jersey and the District of New Jersey.  I am of counsel to Hartman Duff, LLC, attorneys for the Defendants Edward C. Bertuccio, (improperly pleaded as Ted Bertuccio) and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC (improperly pleaded as KMHL&D Law Firm).  As such I am fully familiar with the statements made herein.

2. On this date my office filed via ECF the said Defendants' Notice of Motion to Dismiss Plaintiff's Complaint, Certification of Counsel, Brief in Support, proposed form of Order, and the within Certification of Service.

3. A copy of the aforesaid documents will also be sent via email to the Plaintiff Randy

Thompson via email at randycthompson@gmail.com and info@helpnothandcuffs.org.

       4.       I hereby certify that the foregoing statements made by me are true. I understand that if any the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 19, 2025

                                                     BY: /S/ Christopher S. Tretola, Esq.