Christopher S. Tretola, Esq., Of Counsel
Bar Id: 033471998
HARTMAN DUFF, LLC
3500 Quakerbridge Road, Suite 202
Hamilton, NJ 08619
P:  609-586-9000 x110
F:  609-586-9404
ctretola@hartmanduff.com
Attorneys for Defendants Edward C. Bertuccio,
and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY C. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY ATTORNEY GENERAL, et. als. | HON. EDWARD S. KIEL, U.S.D.J.<br>HON. ELIZABETH A. PASCAL, U.S.M.J.<br><br>Case No.: 1:23-CV-20468-ESK-EAP<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court on the Motion of Christopher S. Tretola, Esq. of the firm Hartman Duff, LLC, attorneys for Defendants Edward C. Bertuccio, and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC, and the Court having considered the papers submitted, the arguments of counsel, if any, and for good cause shown;

**IT IS**  on this _____ day of _____, 2025 hereby Ordered as follows:

1.      That Defendants Edward C. Bertuccio and Kalavruzos, Mumola, Hartman, Lento & Duff LLC's motion to Dismiss Plaintiff's Second Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(6) is hereby granted; and

2.      Plaintiff's Second Amended Complaint against the Defendants Edward C. Bertuccio and Kalavruzos, Mumola, Hartman, Lento & Duff LLC be and is hereby dismissed with prejudice; and

3.      That a copy of this Order shall be served on all parties within seven (7) days of its entry; and

4.      That service of this Order shall be deemed effectuated on all counsel of record once it is electronically filed by the Court through ECF.

_____
Honorable Edward S. Kiel
United States District Judge