**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| RANDY THOMPSON,<br><br>      **Plaintiff,**<br><br>    v.<br><br>NEW JERSEY ATTORNEY GENERAL, *et al.*,<br><br>      **Defendants.** | **Case No. 23–cv–20468–ESK–EAP**<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a hearing on January 27, 2026 (Hearing) on the motions to dismiss of: (a) John Peronne (ECF No. 152); (b) Tatiana Burgos (ECF No. 153); (c) Chistopher Decker, Monica Do Oteiro, Thomas Fichter, Jason Gold, Christopher Grammiccioni, Laura Linski, Michael Magliozzo, Monmouth County Prosecutor's Office, New Jersey Attorney General, New Jersey Department of Children and Families, Elizabeth Pinson, Joshua Rios, Kayla Santiago, and Unnamed Supervisor Badge #134 (ECF No. 156); (d) Edward C. Bertuccio and Kalavruzos, Mumola, Hartman, Lento & Duff, LLC (ECF No. 157); (e) City of Asbury Park, City of Asbury Park Police Department, Sgt. Steven Ramseur, Officer Michael, Donna Viero, Captain Amir Bercovicz, Michael Griswald, Michael Spallina, Officer McDonough, Officer Bomenblit, and Officer Cadet (ECF No. 158); and (f) Alon Bercovicz, the Ocean Township Police Department, and Township of Ocean (ECF No. 159); and for the reasons stated on the record at the Hearing,

**IT IS** on this   **27th** day of **January 2026**   **ORDERED** that:

1. The motions are **GRANTED** in part and **DENIED** in part.

2. Counts I, II, III, IV, V, VI, VII, and X of the second amended complaint (ECF No. 149–2) are **DISMISSED** with prejudice.

3. The remaining aspects of the motions are **DENIED** as moot.

4. The Court declines to exercise supplemental jurisdiction on the remaining state-law claims. Accordingly, the remaining state-law claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction.

5.    Plaintiff may reinstate the state law claims in the appropriate state court within 30 days of entry of this order unless state law provides for a longer tolling period.    *See* 28 U.S.C. § 1367(d).

6.    The Clerk of the Court is directed to terminate the motions (ECF Nos. 152, 153, 156, 157, 158, 159) and close this matter.

*/s/ Edward S. Kiel*

**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**